

STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Bijan Amini (BA-3533)
Kevin Fritz (KF-6788)
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
BEHZADI & BRENJIAN CARPET, :
:
Plaintiff, :
: 07 Civ. _____ (___)
v. :
:
DAVID & SON ORIENTAL ANTIQUE RUGS : **STATEMENT PURSUANT**
CORPORATION and DAVID SHADAN, : **TO FED. R. CIV. P. 7.1**
:
Defendants. :
:
:
-------------------------------------------------------------- x

Pursuant to rule 7.1 of the Federal Rules of Civil Procedure, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Behzadi & Brenijan Carpet certifies that it has no corporate parent and no publicly held corporation owns more than 10% or more of its stock.

·DATE: August 2, 2007

_____
Kevin Fritz (KF-6788)