STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Bijan Amini (BA-3533)
Kevin Fritz (KF-6788)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BEHZADI & BRENJIAN CARPET,

                Plaintiff,                CASE NO: 07 CV 7073

    - against -

DAVID & SON ORIENTAL ANTIQUE RUGS        **AFFIDAVIT OF SERVICE**
CORPORATION and DAVID SHADAN,

                Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK   )
                               )ss.:
COUNTY OF NEW YORK )

       Bonnita Fields, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

       On August 10, 2007, deponent served a true copy of **SUMMONS AND COMPLAINT WITH JUDGES RULES AND STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** upon:

David Shadan c/o David & Son Rugs
P.O. Box 996
New York, NY 10156-0996

by depositing a true and correct copy of the same enclosed in a certified postpaid wrapper addressed to the above in an official depository under the exclusive care and custody of the U.S.

Postal Service within the State of New York.

*Bonnita Fields*
───────────────
Bonnita Fields

Sworn to before me this
14th day of August, 2007

*Russell Bogart*
───────────────
Notary Public

RUSSELL BOGART
Notary Public, State of New York
No. 02BO6169279
Qualified in New York County
Commission Expires January 3, 2010

2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| 8/10/07 Postage | $ | 4.60 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.25 |

Postmark Here

Sent To: David Shadan % David + Son Rugs
Street, Apt. No.; or PO Box No.: P.O. Box 996
City, State, ZIP+4: New York, NY 10156-0996

7006 0810 0005 5009 0898

PS Form 3800, June 2002                See Reverse for Instructions