UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BEHZADI & BRENJIAN CARPET,
       Plaintiff(s),

-against-

DAVID & SON ORIENTAL ANTIQUE RUGS
CORPORATION and DAVID SHADAN,
       Defendant(s).
-----------------------------------------------------------X

JUDGE JONES
Index No. 07 CV 7073

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF NEW YORK   )
                S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

      That on the 10th day of August 2007, at approximately 1:10 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES' RULES AND ELECTRONIC FILING INSTRUCTIONS** upon David & Son Oriental Antique Rugs Corporation and David Shadan at 630 First Avenue, New York, NY. The company and individual being served are not listed at this address.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
14th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_