AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07-CV-7073

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, DAVID & SON ORIENTAL ANTIQUE RUGS CORPORATION AND DAVID SHADAN

I certify that I am admitted to practice in this court.

| 10/22/2007 | *(signature)* |
|---|---|
| Date | Signature |

| JAMES J. CORBETT | jc6658 |
|---|---|
| Print Name | Bar Number |

254 PETTIT AVENUE
Address

| BELLMORE | NEW YORK | 11710 |
|---|---|---|
| City | State | Zip Code |

| (516) 679-9494 | (516) 679-7406 |
|---|---|
| Phone Number | Fax Number |