STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Bijan Amini (BA-3533)
Kevin Fritz (KF-6788)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BEHZADI & BRENJIAN CARPET,

                    Plaintiff,              CASE NO: 07 CV 7073

       - against -

DAVID & SON ORIENTAL ANTIQUE RUGS      **AFFIDAVIT OF SERVICE**
CORPORATION and DAVID SHADAN,

                    Defendants.
------------------------------------------------------------x

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF NEW YORK  )

      Bonnita Fields, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

      On August 10, 2007, deponent served a true copy of **SUMMONS AND COMPLAINT WITH JUDGES RULES AND STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** upon:

David Shadan c/o David & Son Rugs
P.O. Box 996
New York, NY 10156-0996

by depositing a true and correct copy of the same enclosed in a certified postpaid wrapper addressed to the above in an official depository under the exclusive care and custody of the U.S.

Postal Service within the State of New York.

_____
Bonnita Fields

Sworn to before me this
14th day of August, 2007

_____
Notary Public

RUSSELL BOGART
Notary Public, State of New York
No. 02BO6139279
Qualified in New York County
Commission Expires January 3, 2010

2

