AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

### APPEARANCE

Case Number: 07-CV-7073

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, DAVID & SON ORIENTAL ANTIQUE RUGS CORPORATION AND DAVID SHADAN

I certify that I am admitted to practice in this court.

| 10/22/2007 | /s/ J. Corbett |
|---|---|
| Date | Signature |
| | JAMES J. CORBETT — jc6658 |
| | Print Name — Bar Number |
| | 254 PETTIT AVENUE |
| | Address |
| | BELLMORE — NEW YORK — 11710 |
| | City — State — Zip Code |
| | (516) 679-9494 — (516) 679-7406 |
| | Phone Number — Fax Number |

STATE OF NEW YORK )
                              ss.:
COUNTY OF NASSAU )

    Jessica Lang, being duly sworn, deposes and says: I am over the age of eighteen years and I am not a party to this action.

    On the 22nd day of October 2007, I served the within Notice of Appearance by Electronic Case Filing and by mailing the same in a sealed envelope, with postage prepaid thereon in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

Kevin A. Fritz, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 E. 45th Street
25th Flr.
New York, NY 10017

                                                          JESSICA LANG

Sworn to before me this
22nd day of October, 2007

ERIC SACHS
Notary Public, State of New York
No. 4859688
Qualified in Nassau County
Commission Expires April 21, 2010