UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BEHZADI & BRENJIAN CARPET
               Plaintiff,

-against-

                                    NOTICE OF MOTION

                                    Docket No. 07-CV-7073
                                    **Judge/Magistrate Judge:** Barbara S. Jones
                                    **Date:** October 29, 2007

DAVID & SON ORIENTAL ANTIQUE
RUGS CORPORATION AND
DAVID SHADAN
             Defendant(s).
-------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed affidavit of James J. Corbett, Esq., dated the 2nd day of November, 2007, the affidavit of David Shadan dated November 2, 2007 and upon all the pleadings and proceedings had herein, the undersigned will move this Court before Honorable Barbara S. Jones at the Courthouse located at 500 Pearl Street, New York, New York 10007 on the 20th day of November, 2007 at 9:30 o'clock in the fore noon of that day or as soon thereafter as counsel can be heard for an order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure to set aside an entry of default and, to accept as timely served the answer attached hereto as Exhibit "G".

     Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of these moving papers.

Dated: Bellmore, New York
          November 2, 2007

                                               Yours etc.,

                                               Law Office of James J. Corbett

                                        By: _____
                                              JAMES J. CORBETT (JC6658)
                                              ***Attorney for Defendants,***
                                              ***David & Son Oriental Antique Rugs***
                                              ***Corporation and David Shadan***
                                               254 Pettit Avenue
                                               Bellmore, New York 11710
                                               (516) 679-9494

To: Kevin A. Fritz
    Storch Amini & Munves PC
    ***Attorney for Plaintiff,***
    ***Behzadi & Brenjian Carpet***
    2 Grand Central Tower
    140 E. 45th Street
    25th Floor
    New York, NY 10017