**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BEHZADI & BRENJIAN CARPET,

        Plaintiff(s),

    -against-

DAVID & SON ORIENTAL ANTIQUE RUGS
CORPORATION AND DAVID SHADAN,

        Defendant(s).
--------------------------------------------------------X

**AFFIDAVIT OF SERVICE**
07 Civ. 7073 (BSJ)

STATE OF NEW YORK   )
                   ) S.S.:
COUNTY OF ALBANY   )

    DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of

eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

    That on the 24TH day of September, 2007, at approximately the time of 12:30P.M., at the

office of the Secretary of State, of the State of New York in the City of Albany, New York, deponent

served the  DEFAULT JUDGMENT upon DAVID & SON ORIENTAL ANTIQUE RUGS CORP., the

defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary

of State, of the State of New York, two (2) true copies thereof and at that time of making such service

deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to

Section, 306, Business Corporation Law.

    Deponent further says that she knew the person so served as aforesaid to be the individual

in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of

said defendant.

    DONNA CHRISTIE is a white female, approximately 46 years of age, stands

approximately 5 feet 4 inches tall, weighs approximately 135 pounds with blonde hair and blue eyes.

DEBORAH LaPOINTE
Sworn to before me this
24TH day of September, 2007

NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

D.L.S., Inc.
100 State St.
Ste 220
Albany, NY 12207
800-443-1058
www.disny.com

State of New York - Department of State
Receipt for Service

Receipt #:  200709240485                    Cash #:  200709240299
Date of Service:  09/24/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  10 D.L.S. INC. - 10

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  DAVID & SON ORIENTAL ANTIQUE RUGS CORP.


Plaintiff/Petitioner:
        BEHZADI & BRENIJAN CARPET


Service of Process Address:
C/O DAVID SHADAN
630 FIRST AVENUE
NEW YORK,  NY 10016

                                            Secretary of State
                                            By  DONNA CHRISTIE