STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Bonnita Fields, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

On September 21, 2007, deponent served a true copy of **DEFAULT JUDGMENT** upon:

David Shadan c/o David & Son Rugs
P.O. Box 996
New York, NY 10156-0996

by depositing a true and correct copy of the same enclosed in a certified postpaid wrapper addressed to the above in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Bonnita Fields

Sworn to before me this
21st day of September, 2007

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010