**07 CV 7073** ECF

Behzadi & Brenjian Carpet v. David &
Son Oriental Antiques Rugs Corp., et al.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7073 (BSJ)(KF)

—————————————————————————————X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/6/07

_____
United States District Judge