STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY 10017
Bijan Amini (BA-3533)
Kevin Fritz (KF-6788)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BEHZADI & BRENJIAN CARPET,

                Plaintiff,                CASE NO: 07 CV 7073

  - against -

DAVID & SON ORIENTAL ANTIQUE RUGS        **AFFIDAVIT OF SERVICE**
CORPORATION and DAVID SHADAN,

                Defendants.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

       Bonnita Fields, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York.

       On December 3, 2007, deponent served a true copy of **AMENDED COMPLAINT** upon:

James J. Corbett, Esq.
254 Pettit Avenue
Bellmore, NY 11710

by depositing the same thereof enclosed in a postpaid wrapper marked for overnight delivery under the exclusive care and custody of Federal Express.

                                                     _____
                                                     Bonnita Fields

Sworn to before me this
3rd day of December, 2007

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010

From: Origin ID: OGSA (212)490-4100
Bonnie Fields
Storch Amini & Munves
Two Grand Central Tower
25th Floor
New York, NY 10017



CLS090607/21/23

Ship Date: 03DEC07
ActWgt: 1 LB
System#: 4529285/INET7091
Account#: S ********

Delivery Address Bar Code



Ref #    2900.01
Invoice #
PO #
Dept #

SHIP TO: (212)490-4100      BILL SENDER

**James J. Corbett, Esq.**

**254 PETTIT AVE**

**BELLMORE, NY 117103629**



TRK# 0201   7997 6128 6599

TUE - 04DEC    A2
PRIORITY OVERNIGHT

**ZM-GLQA**

JFK
NY-US
**11710**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.