**STORCH AMINI MUNVES PC**
A New York Professional Corporation

KEVIN FRITZ
Member NY Bar

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

December 4, 2007

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>**Behzadi & Brenjian Carpet v. David & Son Oriental, 07 Civ. 7073 (S.D.N.Y.)**</u>

Dear Judge Jones:

As counsel for plaintiff Behzadi & Brenjian Carpet ("Plaintiff") in the above-referenced matter, and pursuant to the instructions from the Clerk's Office, we request permission to keep the exhibits to Plaintiff's Amended Complaint as a paper document since they are too voluminous to file via ECF.

Respectfully submitted,

*/s/ Kevin Fritz*
Kevin Fritz

cc: James J. Corbett, Esq.

*Application Granted*

SO ORDERED
Dated: _____
/s/ Barbara S. Jones
BARBARA S. JONES
U.S.D.J.
12/6/07

2 Grand Central Tower  New York, New York 10017  Tel: 212.490.4100  Fax: 212.490.4208  E-mail: kfritz@samlegal.com
Washington, DC  Garden City, NY  South River, NJ