# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEHZADI & BRENJIAN CARPET           Plaintiff,<br><br>-v-<br><br>DAVID & SON ORIENTAL ANTIQUE RUGS CORPORATION and DAVID SHADAN           Defendant. | Case No. 07-CV-7073<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Defendant, David & Son Oriental Antique Rugs Corp.__     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   NONE

**Date:** December 21, 2007

_Signature of Attorney_

**Attorney Bar Code:** JC6658

Form Rule7_1.pdf  SDNY Web 10/2007