UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

BEHZADI & BRENJIAN CARPET
                Plaintiff,

-against-

**NOTICE OF DEPOSITION**

Docket No. <u>07-CV-7073</u>
**Judge/Magistrate Judge:** Barbara S. Jones/Douglas F. Eaton

DAVID & SON ORIENTAL ANTIQUE
RUGS CORPORATION and
DAVID SHADAN
                Defendant(s).
-------------------------------------------------------X

SIRS:

      **PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rule of Civil Procedure, defendants, David & Son Oriental Antique Rugs Corporation and David Shadan, will take the deposition upon oral questions of the plaintiff, Behzadi & Brenjian Carpet, on March 1, 2008 at 10:00 a.m. at the Law Office of James J. Corbett, 254 Pettit Avenue, Bellmore, New York, before a notary public or other officer authorized by law to administer oaths. The oral examination will continue from day to day thereafter until completed. You are invited to attend and cross-examine.

      **PLEASE TAKE FURTHER NOTICE** that, said plaintiff is required to produce upon such deposition all books, papers and other things in his possession relative to this action.

Dated: Bellmore, New York
       December 26, 2007

                                  Yours, etc.,

                                  Law Office of James J. Corbett

                                  By:_____
                                  JAMES J. CORBETT (JC6658)
                                  *Attorney for Defendants,*
                                  *David & Son Oriental Antique Rugs*
                                  *Corporation and David Shadan*
                                  254 Pettit Avenue
                                  Bellmore, New York 11710
                                  (516) 679-9494

TO:    Kevin A. Fritz, Esq.
Storch, Amini & Munves PC
***Attorney for Plaintiff,***
***Behzadi & Brenjian Carpet***
2 Grand Central Tower
140 E. 45th Street
25th Floor
New York, NY 10017
(212)-497-8238