UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
BEHZADI & BRENJIAN CARPET
                Plaintiff,

                                    **NOTICE OF MOTION**

-against-

                                    Docket No. 07-CV-7073
                                    **Judge/Magistrate Judge:** Jones/ Eaton
                                    **Date:** January 23, 2008

DAVID & SON ORIENTAL ANTIQUE
RUGS CORPORATION and
DAVID SHADAN
                Defendant(s).
-------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed affidavit of James J. Corbett, Esq., dated January 25, 2008, the affidavit of David Shadan dated January 25, 2008 and upon all the pleadings and proceedings had herein, the undersigned will move this Court before Honorable Barbara S. Jones at the Courthouse located at 500 Pearl Street, New York, New York 10007 on the 20th day of February, 2008 at 9:30 o'clock in the fore noon of that day or as soon thereafter as counsel can be heard for an order pursuant to Rule 56(b) of the Federal Rules of Civil Procedure for summary judgment dismissing the Fourth Claim for Relief contained in plaintiff's Complaint.

      Pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of these moving papers.

Dated: Bellmore, New York
       January 25, 2008

                                      Yours etc.,

                                      Law Office of James J. Corbett

                                      By: _____
                                        JAMES J. CORBETT (JC6658)
                                        *Attorney for Defendants,*
                                        *David & Son Oriental Antique*
                                        *Rugs Corporation and David Shadan*
                                        254 Pettit Avenue
                                        Bellmore, New York 11710
                                        (516) 679-9494

To: Kevin A. Fritz
    Storch Amini & Munves PC
    ***Attorney for Plaintiff,***
    ***Behzadi & Brenjian Carpet***
    2 Grand Central Tower
    140 E. 45th Street
    25th Floor
    New York, NY 10017