# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: DAVID & SON ORIENTAL ANTIQUE RUGS CORP.

Selected Entity Status Information

**Current Entity Name:** DAVID & SON ORIENTAL ANTIQUE RUGS CORP.
**Initial DOS Filing Date:** JUNE 05, 2001
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O DAVID SHADAN
630 FIRST AVENUE
NEW YORK, NEW YORK, 10016

**Chairman or Chief Executive Officer**
DAVID SHADAN
C/O DAVID & SON RUGS CORP.
P.O. BOX 996
NEW YORK, NEW YORK, 10156-0996

**Principal Executive Office**
DAVID & SON ORIENTAL ANTIQUE RUGS CORP.

630 FIRST AVENUE
NEW YORK, NEW YORK, 10016

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page