STORCH AMINI MUNVES PC
A New York Professional Corporation

KEVIN FRITZ
Member NY Bar

January 8, 2008

**VIA FACSIMILE**

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **Behzadi & Brenjian Carpet v. David & Son Oriental, 07 Civ. 7073 (S.D.N.Y.)**

Dear Judge Jones:

As counsel for plaintiff Behzadi & Brenjian Carpet in the above-referenced matter, and with the consent of James J. Corbett, Esq., attorney for the defendants, we write to request that the Court schedule a pre-trial conference pursuant to Rule 16(a).

Respectfully submitted,

Kevin Fritz

cc: James J. Corbett, Esq. (*via facsimile*)

2 Grand Central Tower   New York, New York 10017   Tel: 212.490.4100   Fax: 212.490.4208   E-mail: kfritz@samlegal.com
Washington, DC   Garden City, NY   South River, NJ

```
        MODE = MEMORY TRANSMISSION        START=JAN-08 15:53    END=JAN-08 15:54

            FILE NO.=085

    STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                PAGES       DURATION
    NO.             ABBR NO.

    001    OK         &         209#670502#12128056191#             002/002     00:00:36
```

-STORCH AMINI & MUNVES PC -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -    - \*\*\*\*\* -    212 490 4208- \*\*\*\*\*\*\*\*\*

**STORCH AMINI & MUNVES, P.C.**
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Telephone (212) 490-4100
Facsimile (212) 490-4208

## FACSIMILE COVER SHEET

TO:    Hon. Barbara S. Jones            FROM:    Kevin Fritz
       United States District Judge

FAX #: (212) 805-6191                   DATE:    January 8, 2008

TEL #:                                  CL/MAT #: 6705.2

Number of pages, including the cover sheet  2

If you have problems receiving this facsimile, please call (212) 490-4100.

MESSAGE:

NOTICE OF PRIVILEGE AND CONFIDENTIALITY

THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY.

```
                COMM. JOURNAL                         DATE JAN-08-2008 15:56   ****

MODE = MEMORY TRANSMISSION           START=JAN-08 15:54      END=JAN-08 15:56

    FILE NO.=086

STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.           PAGES      DURATION
NO.           ABBR NO.

001    OK        ã         209#290001#15166797406#       002/002    00:00:30


                                              -STORCH AMINI & MUNVES PC -
*************************** -   - **** -   212 490 4208- *********
```

# STORCH AMINI & MUNVES, P.C.
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Telephone (212) 490-4100
Facsimile (212) 490-4208

## FACSIMILE COVER SHEET

TO:   James Corbett, Esq.              FROM:   Kevin Fritz

FAX #: (516) 679-7406                  DATE:   January 8, 2008

TEL #:                                 CL/MAT #: 2900.01

Number of pages, including the cover sheet  2

If you have problems receiving this facsimile, please call (212) 490-4100.

MESSAGE:

### NOTICE OF PRIVILEGE AND CONFIDENTIALITY

THIS FACSIMILE IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED SOLELY FOR THE ADDRESSEE. ANY UNAUTHORIZED DISCLOSURE, REPRODUCTION, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS INFORMATION IS PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY.