USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #: _____
DATE FILED: 6/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
BEHZADI & BRENJIAN CARPET,

               Plaintiff,

    - against -

DAVID & SON ORIENTAL ANTIQUE RUGS
CORPORATION and DAVID SHADAN,

               Defendants.
----------------------------------x

07 Civ. 7073 (BSJ)(DFE)

This is an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    I am responding to the June 5, 2008 joint letter from Mr. Fritz and Mr. Corbett. I rule in favor of Mr. Corbett's position. My notes of the May 12 telephone conference include the following:

> Corbett: I do not dispute that there is diversity. I invoked "lack of subject matter jurisd." [merely] to the extent to which an Iranian corp. can sue in NY; ever-changing sanctions vs. Iran.

> Eaton: OK, then at present I see no need to disclose Mr. Shadan's exact address.

                              /s/ Douglas F. Eaton
                              DOUGLAS F. EATON
                              United States Magistrate Judge

Dated:  New York, New York
        June 12, 2008

Copies of this Memorandum and Order are being sent by fax and by electronic filing to:

Kevin A. Fritz, Esq.
    Storch Amini & Munves PC at fax 212-490-4208fax

James J. Corbett, Esq. at fax 516-679-7406fax

Hon. Barbara S. Jones

USDC SDNY
DATE SCANNED 6/13/08